ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
E-mail: mail@asmithlaw.com

Proposed Attorney for Debtor

*ELECTRONICALLY FILED*
*October 8, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

LIFE ENHANCEMENT PRODUCTS, INC.,

    Debtor,

_____/

Case No. BK-N-14-51572-BTB

Chapter 11

[No Hearing Required]

## CERTIFICATE OF SERVICE

I served the following document: **EX PARTE APPLICATION TO EMPLOY ATTORNEY FOR DEBTOR [DE 9]**. I served the above-named document by the following means to the persons as listed below:

  X   **ECF System** to those persons listed on the attached Notice of Electronic Filing, attached hereto as **Exhibit A** on October 8, 2014.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on this 8th day of October, 2014.

Debra L. Goss                  /s/ Debra L. Goss
Name                                      Signature

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Life Enhancement Products\Employ\Cert Serv App Emply ARS 100814-dlg.wpd

## File a Motion:

14-51572-btb LIFE ENHANCEMENT PRODUCTS, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Reno) |
| Assets: y | Judge: btb | Case Flag: BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ALAN R SMITH entered on 10/8/2014 at 11:17 AM PDT and filed on 10/8/2014
**Case Name:**      LIFE ENHANCEMENT PRODUCTS, INC.
**Case Number:**    14-51572-btb
**Document Number:** 9

**Docket Text:**
Ex Parte Application to Employ Law Offices of Alan R. Smith as Attorneys Filed by ALAN R SMITH on behalf of LIFE ENHANCEMENT PRODUCTS, INC. (SMITH, ALAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** App Emply ARS 100814.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/8/2014] [FileNumber=26940919-0
] [ed8c0c811db00688a8d37a7d9412c87434204b58d6ad939a2e3d48747ebd30bbde3
a32dc8f67f3444bb8bb8d05d902d9a985361f3536a511d6c4a307aeefcb4d]]

**14-51572-btb Notice will be electronically mailed to:**

ALAN R SMITH on behalf of Debtor LIFE ENHANCEMENT PRODUCTS, INC.
mail@asmithlaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

**14-51572-btb Notice will not be electronically mailed to:**

EXHIBIT "A"